IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODELL COLLINS,

        Plaintiff,                    No. CIV S 05-0311 GEB GGH P

      vs.

ENLOE HOSPITAL,

        Defendant.              <u>ORDER</u>

_____/

        On February 7, 2006, plaintiff filed very belated objections to the November 21, 2005 findings and recommendations.  This civil rights action was closed on January 19, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED:2/16/06

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:mp
coll0311.58